## ELMS COMMON ASSOCIATES LIMITED PARTNERSHIP *v.* TOWN OF ROCKY HILL (15480)

Dupont, C. J., and Landau and Healey, Js.

Argued November 6—officially released November 26, 1996

Per Curiam. The judgment is affirmed.

## PATRICK MCGOWAN *v.* WATERBURY FARRELL LIMITED CORPORATION ET AL. (15269)

Landau, Spear and Healey, Js.

Argued November 6—officially released November 26, 1996

Per Curiam. The decision of the workers' compensation review board is affirmed.

## REUBEN J. BERNIER *v.* JAMES W. SCOTT, JR., ET AL. (15445)

O'Connell, Heiman and Daly, Js.

Argued November 5—officially released November 26, 1996

Per Curiam. The judgment is affirmed.